IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAY JONES                                                                          PLAINTIFF
ADC #157758

V.                          Case No. 3:26-CV-00050-DPM-BBM

BLAKE R. GILL, Hoe/Garden Squad, ADC                        DEFENDANT

## ORDER

On February 9, 2026, Plaintiff Jay Jones ("Jones"), a prisoner in the Grimes Unit of

the Arkansas Division of Correction, filed a Complaint pursuant to 42 U.S.C. § 1983. (Doc.

2). Jones alleges that, on June 30, 2025, Defendant Blake R. Gill made him work on the

hoe squad, in the hot sun, with two broken fingers. (Doc. 2 at 5). These allegations are

substantially identical to those currently pending in *Jones v. Gill*, 3:25-CV-00143-DPM

("*Jones I*").[1]

"Plaintiffs may not pursue multiple federal suits against the same party involving

the same controversy at the same time." *Missouri ex rel. Nixon v. Prudential Health Care*

*Plan, Inc.*, 259 F.3d 949, 954 (8th Cir. 2001). When facing duplicative litigation, the

district court may decline to exercise jurisdiction and dismiss one of the two identical

pending actions. *Id.* at 954–55. The Court stops short doing so here and, instead, stays this

case pending the resolution of *Jones I. See Clinton v. Jones*, 520 U.S. 681, 706 (1997)

---

[1] Although the magistrate judge in *Jones I* has recommended that the case be dismissed without prejudice for failure to exhaust administrative remedies, *Jones I*, (Doc. 23), that recommendation remains pending before the district judge.

(citation omitted) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

IT IS THEREFORE ORDERED THAT:

1.      This case is hereby STAYED and administratively TERMINATED.

2.      If Jones wishes to pursue this lawsuit, then he must file a motion to reopen **no later than 30 days** after a final judgment has been entered in *Jones v. Gill*, 3:25-CV-00143-DPM ("*Jones I*").  If he fails to do so, the Court will reopen the case and dismiss it without prejudice for failure to prosecute.

SO ORDERED this 10th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2